# FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☒ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

US v.s. Brian Butusov

FOR: 3-27-08

AT:

**FILED**
3-27-08
MAR 27 2008
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

LOCATION NUMBER

| PERSON REPRESENTED (Show your full name) | |
|---|---|
| Brian Butusov | 1 ☒ Defendant - Adult |
| | 2 ☐ Defendant - Juvenile |
| | 3 ☐ Appellant |
| | 4 ☐ Probation Violator |
| | 5 ☐ Parole Violator |
| | 6 ☐ Habeas Petitioner |
| | 7 ☐ 2255 Petitioner |
| | 8 ☐ Material Witness |
| | 9 ☐ Other |

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony / ☐ Misdemeanor

DOCKET NUMBERS

Magistrate: 08 CR 246, 08 CR 247

District Court

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed

Name and address of employer: 140 S. Dearborn, Chicago, IL

IF YES, how much do you earn per month? $ 1600

IF NO, give month and year of last employment
How much did you earn per month? $ ___

If married is your Spouse employed? ☐ Yes  ☒ No

IF YES, how much does your Spouse earn per month? $ ___

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED: $ 4000   SOURCES: income tax return
$ ___

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No  IF YES, state total amount $ ___

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE: $ 4800   DESCRIPTION: 1995 Aurora Oldsmobile

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS

☒ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors |
|---|---|
| | Rent |
| | Food, clothes |
| | Electric |
| | Gas |
| | Cell phone |
| | Doctors |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/2

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Brian B...