# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                             Case No.: 1:08−cr−00247
                                             Honorable Milton I. Shadur

Brian Butusov, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2008:

      MINUTE entry as to Kenneth and Brian Butusov before Judge Honorable Milton I. Shadur: At counsel's request the( Status hearing is reset for 5/6/2008 at 10:30 AM.) Time continues to be excludable from 4/24/08 through 5/6/08. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.