UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                              Case No.: 1:08−cr−00247
                                                Honorable Milton I. Shadur

Brian Butusov, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

       MINUTE entry as to Kenneth and Brian butusov before the Honorable Milton I. Shadur:In accordance with this Court's oral ruling on the pending motions, defedant's motion for order [18] is granted in part and denied in part as to Brian Butusov (1); Motion for disclosure [19] is granted as to Brian Butusov (1); Motion for order [20] is granted as to Brian Butusov (1); Motion [24] is granted as to Kenneth Butusov (2); Motion [25] is granted in part and denied in part as to Kenneth Butusov (2); Motion [26] is granted as to Kenneth Butusov (2); Motion [22] is granted as to Kenneth Butusov (2); Motion [23] is granted as to Kenneth Butusov (2); Status hearing held on 5/6/2008. Status hearing set for 6/3/2008 at 01:00 PM. Time is excluded under 18:3161(h)(1) and the Tibboel case from April 25, 2008 through June 3, 2008. (XT) Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.